# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID LEE COLLINS,

        Plaintiff,

vs.

PEOPLE OF THE STATE OF NEVADA SOCIETY,

        Defendant.

Case No. 2:16-cv-02470-JAD-GWF

**REPORT AND RECOMMENDATION**

        This matter is before the Court on Plaintiff's Petition for a Civil Case Number (ECF No. 1), filed on October 18, 2016.

        This action was assigned a case number and was converted to the civil docket on October 18, 2016. Plaintiff filed an Objection (ECF No. 4) on November 7, 2016 and stated that he "requested a [n]umber to submit a [sic] Application of Payment or Repayment to Society' [sic] Debt(s) and Debt(s) owed the government both State and Federal," and that "there is no controversy." *See Objection* (ECF No. 4), pg. 1. This action is lacking an arguable substance in law or in fact. Plaintiff's filings are unclear and lack comprehensible requested relief. Plaintiff has not filed a complaint and has not paid the filing fee or submitted an Application to Proceed *In Forma Pauperis*. As such, there does not appear to be a case or controversy. Accordingly.

        **IT IS HEREBY ORDERED** that Plaintiff's Petition for a Civil Case Number (ECF No. 1) is **denied**.

## RECOMMENDATION

        **IT IS HEREBY RECOMMENDED** that this case be **dimissed** for lack of case or controversy.

. . .

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 31st day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge