# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

David Lee Collins,

        Plaintiff

        v.

People of the State of Nevada Society,

        Defendant

Case No.: 2:16-cv-02470-JAD-GWF

**Order Adopting Report and Recommendation [ECF No. 13] and Dismissing Case**

This action was assigned a case number and was converted to the civil docket on October 18, 2016.[1] Plaintiff filed an Objection on November 7, 2016, asserting that he "requested a [n]umber to submit a Application or Payment or Repayment to Society" and that "there is no controversy."[2] Magistrate Judge George Foley, Jr., recommends that this case be dismissed for lack of case or controversy. The Report and Recommendation was entered March 31, 2017. Objections were due April 14, 2017. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Collins has filed no objections to the Report and Recommendation.

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Foley's Report and Recommendation **[ECF No. 13]** is **ACCEPTED and ADOPTED**. It is further ORDERED that this case is **DISMISSED**. The Clerk of Court is directed to **CLOSE THIS CASE**.

DATED April 21, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 1.

[2] ECF No. 4 at 1.